**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

    **CAELIAFILS CORP**,                           Chapter 11

                                                              Case No. 18-47168

                                   Debtor.
-----------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Bankruptcy Rule 1073-3, the Debtor, Caeliafils Corp, makes the following disclosure:

There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: January 17, 2019
       Brooklyn, New York                                     /s/ *Joseph Y. Balisok*
                                                           Joseph Y. Balisok
                                                           Balisok & Kaufman, PLLC
                                                           Attorney for the Debtor
                                                           251 Troy Avenue
                                                           Brooklyn, NY 11213
                                                           Telephone: (718) 928-9607
                                                          Facsimile: (718) 534-9747
                                                          joseph@lawbalisok.com